FARLEY

EXHIBIT   J

Case 1:12-cv-07590-NRB Document 33-6 Filed 11/15/12 Page 2 of 13

266     THE PEDIATRIC INFECTIOUS DISEASE JOURNAL     Vol. 19, No. 3, March, 2000

found in a wide variety of animals and some foodstuffs. The way it is transmitted to healthy people is unknown. It has also been associated with the ingestion of contaminated foodstuffs, such as fresh cheese, milk and vegetables, resulting in various epidemics.[6-8]

Most severe infections caused by *Listeria* occur in neonates or in immunosuppressed hosts. Resistance to *Listeria* infection resides in T lymphocytes,[9, 10] which explains why the most susceptible patients are those who have compromised T lymphocyte function. It is possible that there was a transient alteration in T cell function caused by the hepatitis A virus during the incubation period that resulted in increased susceptibility to *Listeria* infection and meningitis in our patient. Listeriosis has only rarely been described in relation to viral infections accompanied by immunosuppression as occurs with infectious mononucleosis, mumps or chickenpox.[10] We have failed to find any reported case associated with hepatitis A infection.

We report this case for three reasons: (1) the exceptional relationship between both diseases; (2) the need to think of resistant bacteria such as *Listeria* when a patient is not responding to cephalosporin therapy for meningitis; and (3) the importance of evaluating even seemingly unimportant historic data, such as a brother with an acute hepatitis A infection.

Alfonso Solar Boga, M.D.
Ramiro Blanco Montero, M.D.
Francisco Suárez Garcia, M.D.
Gerardo Rodríguez Valcárcel, M.D.
Department of Pediatrics
Hospital "Juan Canalejo"
La Coruña, Spain

Accepted for publication Oct. 10, 1999.
Key words: *Listeria monocytogenes*, meningitis, hepatitis A.
Address for reprints: Alfonso Solar Boga, M.D., Unidad de Gastroenterología Pediátrica, Hospital "Juan Canalejo", Av. Xubias s/n", La Coruña, Spain. Fax 981 178196; E-mail R.Blanco@canalejo.cesga.es.

1. Skogberg K, Syrjänen J, Jahkola M, et al. Clinical presentation and outcome of listeriosis in patient with and without immunosuppressive therapy. Clin Infect Dis 1992;14:815–21.
2. Hof H, Nichterlein T, Kretschmar M. Management of listeriosis. Clin Microbiol Rev 1997;10(2):345–57.
3. Kessler SL, Dajani AS. *Listeria* meningitis in infants and children. Pediatr Infect Dis 1990;9:61–3.
4. Montes Martínez I, Agulla Budiño A. Prevalencia de marcadores de hepatitis víricas en niños del norte de Extremadura. An Esp Pediatr 1996;45:133–6.
5. Balikin VF, Panova LA, Sukharev VM. Cortisol level and immunosuppression in viral hepatitis B in children and the approach to its treatment with glucocorticoids. Pediatriia 1986;7:27–32.
6. Schlech WF, Lavigne PM, Bortolussi RA, et al. Epidemic listeriosis: evidence for transmission by food. N Engl J Med 1983;308:203–6.
7. Fleming DW, Cochi SL, MacDonal KL, et al. Pasteurized milk as a vehicle of infection in an outbreak of listeriosis. N Engl J Med 1985;312:404–7.
8. Contessotto C, Avilés MJ, Gutiérrez JD. Meningitis por *Listeria monocytogenes* en un niño inmunocompetente. Rev Esp Pediatr 1997;53:458–61.
9. Guerrero A, Frieyro JE, Masa C, et al. Meningitis por *Listeria monocytogenes*. Rev Clin Esp 1979;153:71–5.
10. Tim MW, Jackson MA, Shannon K, Cohen B, McCracken GH Jr. Non-neonatal infection due to *Listeria monocytogenes*. Pediatr Infect Dis 1984;3:213–7.

## CUTANEOUS NEONATAL HERPES SIMPLEX INFECTION ASSOCIATED WITH RITUAL CIRCUMCISION

Neonatal herpes simplex infection is a potentially life-threatening infection occurring in infants younger than 4 to 6 weeks of age. Disease classically takes one of three forms: localized skin, eye, or mucous membrane infection; disseminated infection; or central nervous system infection. The virus is most commonly acquired during delivery through contact with infected secretions from the maternal genital tract. Postnatally acquired neonatal infection occurs rarely. Sources of postnatal transmission consist of maternal lesions including breast[1] or oral lesions, other adults with physical contact with the baby including hospital personnel caring for the neonate[2] and possibly infant to infant in the nursery.[3] We report two neonates with cutaneous herpes simplex infection involving the genital area with an onset several days after ritual circumcision. Both procedures were performed by the same individual; part of the ritual involved oral contact with the penis of the neonate after removal of the foreskin.

**Case reports.** *Infant 1.* In 1988 Infant 1 was born by normal vaginal delivery after a 37-week gestation with a birth weight of 3.3 kg. Prenatal history was unremarkable. There was no maternal or paternal history of oral or genital herpetic infection. The infant was breast-fed and had an unremarkable perinatal course. At 8 days of age his ritual circumcision was performed by a mohel, an individual trained to perform circumcision as part of a religious ceremony. Four days later he developed erythema, swelling and a purulent yellow discharge from the glans of the penis and fever to 103°C. At 13 days of age he was admitted to Schneider Children's Hospital where physical examination showed a nontoxic appearing infant with a weight of 2.8 kg. Abnormal findings were limited to the penis which appeared erythematous with a yellow discharge. Total leukocyte count was 32 500/mm$^3$ with a differential count of 64% polymorphonuclear leukocytes, 10% band forms, 10% lymphocytes, 10% monocytes and 6% atypical lymphocytes. Chest radiograph was normal. Cerebrospinal fluid (CSF) examination showed 3 leukocytes and 60 erythrocytes/mm$^3$. Blood, CSF and a swab of the penile discharge were cultured and the patient was treated with ampicillin, nafcillin and gentamicin. Blood culture was negative, CSF grew *Staphylococcus haemolyticus* and the penis culture grew *Staphylococcus epidermidis* and *Escherichia coli*. Fever resolved within 48 h. Pustules were noted on the buttocks and papulovesicular lesions adjacent to the scrotum on the third hospital day. On the fifth hospital day a Tzanck preparation obtained from a vesicular lesion near the scrotum showed multinucleated giant cells; intravenous acyclovir was started at 30 mg/kg/day for treatment of presumptive herpes simplex infection. Herpes simplex virus (HSV) type 1 was isolated from skin lesions in the anterior perineum and buttocks and from a rectal swab. Papulovesicular lesions also appeared on the scrotum and penis. Eye examination was normal. Acyclovir was continued for 14 days with resolution of lesions. Maternal serology for HSV type 1, obtained near the end of the infant's hospitalization, was negative. At 10 years of age the child is normal and has not had recurrent herpetic lesions.

*Infant 2.* In 1998 Infant 2 was born by normal vaginal delivery to a 22-year-old gravida 1 para 1 woman after an unremarkable prenatal course. There was no maternal or paternal history of oral or genital herpetic lesions. The infant was breast-fed and discharged at 2 days of age. At 8 days of age his ritual circumcision was performed by the same mohel who circumcised Infant 1. At 11 days of age swelling of the penis was noted; 2 days later low grade fever developed, and

a bullous lesion was noted on the penis. He was given two daily intramuscular doses of ceftriaxone. Blisters developed on his penis, perineal area and right ankle. On hospitalization physical examination showed a well-appearing infant with a normal examination except for bullous lesions with erythematous borders on the base of the penis, buttocks and both extremities. Eye examination was normal. Blood count was normal for age. Alanine aminotransferase (ALT) was normal, aspartate aminotransferase (AST) was minimally elevated (66 IU/l, normal <43 IU/l). Cerebrospinal fluid cell examination showed 7 leukocytes and 83 erythrocytes/mm³; glucose and protein were normal for age. Computerized tomography of the head without contrast enhancement was normal. Bacterial cultures of a swab of the penis, blood, urine and CSF were sterile. A Tzanck preparation of a bullous lesion, obtained on the fifth hospital day, showed "cellular changes consistent with herpes viral effect"; viral culture grew HSV type 1. Serology for HSV-1 and HSV-2 by enzyme immunoassay was negative. He was treated with a 14-day course of intravenous acyclovir and his lesions resolved. Three weeks later he developed new vesicular lesions on the medial aspect of his right ankle at the site of previous lesions and was referred to Schneider Children's Hospital. He was otherwise well. CSF examination was normal and viral culture and PCR for herpes simplex was negative. Complete blood count was normal, but ALT and AST were 1.5 and 2.5 times the upper limit of normal, respectively. He was treated with a 21-day course of oral acyclovir (60 mg/kg/day) with prompt resolution of the cutaneous lesions. He had persistent mild elevations of ALT and AST that were normal when tested at 8 months of age. At 8 months of age he had recurrent cutaneous lesions in the genital region but was otherwise well. Maternal serology obtained when the infant was 10 weeks old was positive for HSV-1 and negative for HSV-2 by enzyme immunoassay.

The mohel who performed both circumcisions had no history of oral herpetic infection. He reported having performed more than 1000 circumcisions. As a routine part of the ritual, after excising the foreskin the mohel had oral contact with the bleeding penis.

Discussion. Although in 90% of cases of neonatal herpes simplex infection the source is the maternal genital tract and the majority of women transmitting herpes simplex to their neonates during delivery have asymptomatic infection, these infants probably acquired HSV infection postnatally. There was no current or past history of genital lesions in the infants' mother, and it is unlikely that either woman had multiple previous sexual partners, a risk factor for genital herpes. The negative HSV serology in the mother of infant 1 strongly suggests that his infection was postnatally acquired from someone other than his mother. Both infants were infected with type 1 strains and only 23% of neonatal HSV cases are due to type 1 strains. Furthermore, only ~25% of first episodes of genital herpes are due to type 1 strains, making it less likely genital herpes was the source of the infants' viruses.

There are several lines of circumstantial evidence suggesting that the mohel who performed the circumcision was the source of the virus. The penis is an uncommon site of cutaneous neonatal HSV infection despite the fact that circumcision is performed on the majority of infant boys born in the United States. In both babies no caretaker had a current or past history of lesions compatible with HSV infection. In both babies the initial lesions were in the genital area and symptoms and signs occurred 2 and 4 to 8 days after circumcision, timing within the estimated incubation period of 2 to 12 days.[7] The same individual performed the circumcision on both infants. Significantly, as part of the circumcision ritual the mohel had oral contact with the penis and infant's blood. The mohel performed the circumcision and forskin the mohel had oral contact with each infant, after excising the foreskin the mohel had oral contact with the penis and infant's blood. Although the mohel had no history of oral herpetic lesions, the most plausible origin of neonatal infection was shed subclinically in oral secretions of the mohel spread to the penis during orogenital contact. Excretion of HSV in the saliva of asymptomatic adults is common. Hatherley et al.[7] performed 4 weekly cultures of saliva for HSV on asymptomatic personnel in an obstetric hospital. HSV was recovered from 1.6% of 38 asymptomatic personnel; virus was recovered from 2 or more of the cultures from 2.6% of personnel. Douglas and Couch[8] performed cultures of saliva for herpes simplex from 10 HSV-seropositive volunteers 3 times a week for 6 months. Six of the 10 individuals had at least 1 positive culture in the absence of herpetic lesions. Infrequent shedding in an individual may explain why additional culturing after circumcision by this individual have not been identified. Identity by molecular typing of viral isolates from the mohel and the infants would be necessary to prove the presumed source of transmission. The mohel declined to be tested serologically or by culture for HSV but has agreed to refrain from having oral-genital contact when performing ritual circumcisions in the future.

In Jewish tradition and by Jewish law, babies are circumcised 8 days after birth during a ritual known as bris. Circumcisions are performed by a model, an individual who has received specific training in the procedure. As part of the ritual as performed in Orthodox Judaism, the Mohel sucks the circumcised penis to "draw blood," an act known as Metzizah. Many Orthodox ritual circumcisers (mohelim) have modified this procedure to avoid direct oral contact with the infant's blood or penis using a pipette-like device. Oral-genital or oral-blood contact is omitted from the bris performed by nonorthodox mohelim as well as mohelim certified by the Bris Milah Board of New York. Certification by the Bris Milah Board is required to perform circumcisions in New York hospitals.

Transmission of infectious agents from mohelim to neonates has been previously documented. In 1946 Lewis reviewed 58 cases of primary tuberculosis of the penis. Seventy-two of the cases occurred in neonates after ritual circumcisions that included Mezizah.[9] Interestingly he also commented that Metzizah had been practically eliminated from Orthodox Jewish communities. Lewis also reported that syphilis and diphtheria have also been transmitted through this act. Other unusual medical complications resulting from Jewish religious practices have been reported.[10]

Metzizah with direct oral-genital contact has potentially important implications for transmission of infectious agents. In addition to concerns about transmission of infection to neonates, blood-borne pathogens such as hepatitis B, hepatitis C and HIV may be transmitted from an asymptomatic but infected neonate to the mohel during Mezizah. To prevent transmission of blood-borne infectious agents from neonates to mohelim and prevent herpes simplex and other pathogens from being transmitted from mohelim to neonates, public health officials and leaders of the Jewish community should act to modify the part of the circumcision ritual that involves direct oral contact with the blood and penis of neonates.

Lorry G. Rubin, M.D.
Philip Lanzkowsky, M.D.
Department of Pediatrics

268   THE PEDIATRIC INFECTIOUS DISEASE JOURNAL   Vol. 19, No. 3, March, 2000

Schneider Children's Hospital of North
Shore-Long Island Jewish Health
System
Long Island Campus of the Albert
Einstein College of Medicine
New Hyde Park, NY

Accepted for publication Nov. 29, 1999.
Key words: Herpes simplex, circumcision, neonate.
Reprints not available.

1. Sullivan-Bolyai JZ, Fife KH, Jacobs RF, Miller Z, Corey L. Disseminated neonatal herpes simplex type 1 from a maternal breast lesion. Pediatrics 1983;71:455–7.
2. Yeager AS, Arvin AM. Reasons for the absence of a history of recurrent genital infections in mothers of neonates infected with herpes simplex virus. Pediatrics 1984;73:188–93.
3. Light IJ. Postnatal acquisition of herpes simplex virus by the newborn infant: a review of the literature. Pediatrics 1979; 63:480–2.
4. Committee on Fetus and Newborn, Committee on Infectious Diseases. Perinatal herpes simplex virus infections. Pediatrics 1980;66:147–9.
5. Prober CG. herpes simplex virus. In: Long SS, Pickering LK, Prober CG, eds. Principles and practice of pediatric infectious diseases. New York: Churchill Livingstone,1997:1136.
6. Hirsch MS. herpes simplex virus. In: Mandell GL, Bennett JE, Dolin R, eds. Principles and practice of infectious diseases. 4th ed. New York: Churchill Livingstone, 1995:1337.
7. Hatherley LI, Hayes K, Jack I. Herpes virus in an obstetric hospital: II. Asymptomatic excretion in staff member. Med J Aust 1980;2:273–5.
8. Douglas RG, Couch RB. A prospective study of chronic herpes simplex virus infection and recurrent herpes labialis in humans. J Immunol 1970;104:289–95.
9. Lewis EL. Tuberculosis of the penis: a report of 5 new cases, and a complete review of the literature. J Urol 1946;56:737–45.
10. Berant M, Lanzkowsky P. Rare medical occurrences in Jewish traditions [Letter]. JAMA 1983;18:2469.

The study was conducted at the Corporación para Investigaciones Biológicas in Medellín, Colombia, and the patients were referred for evaluation from private pediatricians' offices or local clinics to this research facility. Institutional review board approval was obtained at the Corporación para Investigaciones Biológicas. Written informed consent was obtained from a parent or legal guardian.

To be included in the study patients had to have signs and symptoms of AOM by history such as fever, lethargy, irritability or otalgia associated with otoscopic findings of middle ear effusion by pneumatic otoscopy and evidence of erythema with or without bulging of the tympanic membrane.

Patients were excluded if they had a perforated tympanic membrane; had received treatment with a systemic antimicrobial agent in the last 7 days or with a long-acting parenteral antibiotic (i.e. benzathine penicillin) within the previous 4 weeks before enrollment in the study; had known renal or hepatic disease, pregnancy, history of hypersensitivity to a penicillin or cephalosporin; previous participation in this study; or known severe immunodeficiency.

On the day of enrollment a complete medical history and physical examination were performed and study drug was dispensed as a 250-mg/5 ml cefprozil suspension. After the first dose of 15 mg/kg patients were randomly assigned to have MEF, and serum samples were obtained at 1, 2, 4 or 6 h after administration of the dose. The goal was to have 10 patients at each of these time points.

From 20 to 30 min before tympanocentesis the patients received midazolam (0.5 mg/kg po) for sedation. The MEF was aspirated through a 20-gauge spinal needle attached to a sterile tympanocentesis trap (Juhn Tym-Tap, Xomed-Treace). Plasma and MEF specimens were stored at $-70°C$. The concentrations of cefprozil in serum and MEF were determined by a standard disk diffusion microbioassay using *Micrococcus luteus* (ATCC 9341) as the test organism.[8, 9] The lowest concentration of cefprozil detectable in MEF was 0.1 $\mu g/ml$. To correct for the presence of blood in MEF, the hemoglobin concentration in MEF was measured by colorimetric technique based on the catalytic action of hemoglobin

# Primary Genital Herpes Simplex Infection Associated with Jewish Ritual Circumcision

Rotem Distel MD, Vered Hofer MD, Sarah Bogger-Goren MD, Itamar Shalit MD and Ben Zion Garty MD

Department of Pediatrics B and Infectious Disease Unit, Schneider Children's Medical Center of Israel, Petah Tiqva, Israel
Affiliated to Sackler Faculty of Medicine, Tel Aviv University, Ramat Aviv, Israel

**Key words:** herpes simplex virus, circumcision, orogenital contact

IMAJ 2003;5:893–894

Circumcision is a common custom in many cultures. Complications of the procedure include adhesions, infection, hemorrhage, urinary retention, acute renal failure, and rarely, necrotizing fasciitis [1]. A recent study in Israel showed that urinary tract infection occurs more frequently after traditional circumcision performed by a *mohel* (Jewish Orthodox ritual circumciser) than after circumcision performed by a physician [2]. In this article we describe a case of primary neonatal herpes simplex infection associated with ritual circumcision.

## Patient Description

An 18 day old boy was admitted to our department with a 3 day history of vesicular and pustular eruption on the penis, buttocks and left thigh. He was the product of a normal pregnancy and vaginal delivery and was born at 41 weeks gestation with a birth weight of 3.350 kg. The mother was a healthy 22 year old, gravida 1, para 1. The baby was breast-fed. There was no history of exposure to herpes virus or of oral or genital lesions in the parents. At the age of 8 days, the infant underwent circumcision by a *mohel* in the community.

Physical examination revealed no abnormalities except for several pustules on the penis [Figure A], which was also edematous and dorsally deviated. Three vesicles with erythematous borders were also seen on the buttocks and left thigh [Figure B]. There was no fever, apathy, or feeding disturbance. Because primary herpetic infection was suspected a sepsis workup was performed.

Laboratory tests showed a white blood cell count of 11,430/mm$^3$ with 35% polymorphonuclear leukocytes, 51% lymphocytes, 11% monocytes, 2% eosinophils and 1% basophils. Blood chemistry (SMA-18) was normal, including liver enzymes. Cerebrospinal fluid examination showed 25 cells (mainly mononuclear), protein 54 mg/dl and glucose 36 mg/dl. Blood, urine and CSF cultures were negative. Cultures of fluid aspirated from a pustule on the penis grew HSV type I and *Klebsiella pneumoniae*. Serology for HSV-I showed high immunoglobulin M titers and moderate IgG titers. In addition, the serum was positive for HSV type II IgM but negative for IgG antibodies.

The patient was treated with intravenous acyclovir (30 mg/kg/day) and cefamizine (50 mg/kg/day) for 10 days and garamycin (5 mg/kg/day) for the first 3 days. Mupirocin (2%) was applied locally. Marked clinical improvement was observed within 4 days, with drying and crusting of the vesicles and pustules, although dorsal deviation of the penis persisted. A consulting urologist diagnosed dorsal chordee and recommended follow-up with possible surgical repair at a later date. The patient was discharged after 10 days in good condition.

During the next month the patient had two recurrences of lesions on the penis and thighs. However, his general condition was excellent, and he was treated with 5%

CSF = cerebrospinal fluid

HSV = herpes simplex virus
Ig = immunoglobulin



[A] Vesicular lesions on the penis.



[B] Lesions on the buttocks.

acyclovir ointment. The patient was readmitted 6 weeks after discharge with low grade fever and a few dry vesicles on the penis and perineum and sent home after 24 hours observation with a prescription for local acyclovir treatment. During this hospitalization, repeated serologic tests showed high IgM and IgG titers for HSV-I but no detectable antibodies for HSV-II. The parents underwent serologic tests for HSV-I and II and were found to be negative. A request for HSV serology or saliva culture for herpes was refused by the *mohel*.

## Comment

Two types of HSV have been identified: type I, which is associated mainly with infections of the mouth, lips, eyes and central nervous system, and type II, which is associated mainly with genital infection and infections in the prenatal or perinatal period. In neonates, the source of infection is usually the maternal genital tract, and the transmission occurs during delivery. Up to 75% of infections in neonates is with HSV-II. Primary or re-infection of the maternal genital tract may be present without symptoms of signs, and 0.01–0.4% of women shed HSV at delivery. Maternal primary genital herpes has a transmission rate of 33–50% to the newborn, whereas recurrent maternal disease has an attack rate of only 1–3%. Occasionally newborns may be infected postnatally by the mother or other persons who came into close contact with them. In our case, the presence of HSV type I infection of the penis in an 18 day old infant raised suspicions that it was related to the circumcision performed a few days earlier. This assumption was supported by several factors: a) the lack of history of genital or perioral herpes infection in the mother or father, b) the negative serology for HSV in the parents, and c) the finding of the type I strain while 80% of neonatal herpetic infections are due to type II strain. The initial detection of IgM antibodies for both HSV type I and type II in our patient could be explained by the known cross-reactivity among herpes virus antibodies [3]. The timing of the disease also favored a possible epidemiologic link to the circumcision, since the incubation period for herpes infection is 2–12 days. Circumcision in our patient was performed on the eighth day after birth in accordance with Jewish Orthodox custom, and the lesions appeared 7 days later on the penis and buttocks.

During traditional circumcision, the *mohel* may perform *metsitsah*, a sucking on the circumcised bleeding penis. This ritual is described as an integral part of the circumcision ritual from its earliest religious description, and is considered to be obligatory. Therein lies the difficulty in persuading *mohalim* to eliminate *metsitsah* from the circumcision ritual. A possible explanation behind the ritual is that sucking the blood demonstrates that a procedure has been performed. Another modern explanation is that the *mohel* applies natural anticoagulants and antibacterial agents to the open wound. However, we believe this is a source of infection rather than an effective protective measure.

Several cases of transmission of infectious diseases during ritual circumcision have been documented. In 1999, HSV infection of the penis was described in two infants who underwent ritual circumcision including *metsitsah* [4]. Neither patient had a parent with a previous herpes infection. The first infant presented 4 days after circumcision with an erythematous, swollen penis and a purulent discharge from the glans. The second infant presented 3 days after circumcision with a similar picture. Viral culture grew HSV-I from skin lesions of both infants. Recurrent cutaneous lesions appeared in the genital area several months later. Both circumcisions were performed by the same *mohel*, who denied a history of oral herpes infection [4]. However, excretion of the HSV in the saliva of seropositive asymptomatic subjects is a proven phenomenon [5], and HSV can be cultured from the pharynx of 1–2% of asymptomatic seropositive individuals.

Other infectious diseases transmitted during ritual circumcision (and *metsitsah*) are syphilis and tuberculosis [4]. The risk of infection is bi-directional; the *mohel* also risks being infected by blood-borne pathogens from the neonate, including hepatitis and human immunodeficiency virus.

To minimize the contact between the *mohel's* mouth and the freshly circumcised penis – and thereby, the risk of infection – many communities today have introduced the use of a sterile glass pipette. However, in our case, *metsitsah* was performed without any device.

In conclusion, *metsitsah* performed as part of Jewish ritual circumcision involves orogenital contact and is thus associated with a risk of pathogen transmission between *mohel* and neonate. This is a real epidemiologic problem considering the thousands of circumcisions performed with *metsitsah*. We suggest that the public consider a modified procedure without *metsitsah* or with *metsitsah* through a glass pipette.

**Acknowledgment.** The authors thank Gloria Ginzach and Charlotte Sachs of the Editorial Board, Rabin Medical Center (Beilinson Campus), for their assistance.

## References

1. Bliss DP, Healy PJ, Waldhausen JHT. Necrotizing fasciitis after Plastibell circumcision. *Pediatrics* 1997;131:459–62.
2. Harel L, Straussberg R, Jackson S, Amir J. Influence of circumcision technique on frequency of urinary tract infections in neonates. *Pediatr Infect Dis J* 2002;21:879–80.
3. Ohana B, Lipson M, Vered N, Srugo I, Ahdut M, Morag A. Novel approach for specific detection of herpes simplex type I and II antibodies and immunoglobulin G and M antibodies. *Clin Diagn Lab Immunol* 2000;7:904–8.
4. Rubin LG, Lanzkowsky P. Cutaneous neonatal herpes simplex infection associated with ritual circumcision. *Pediatr Infect Dis J* 2000;19:266–8.
5. Douglas RG, Couch RB. A prospective study of chronic herpes simplex virus infection and recurrent herpes labialis in humans. *J Immunol* 1970;104:289–95.

**Correspondence:** Dr. B.Z. Garty, Dept. of Pediatrics B, Schneider Children's Medical Center of Israel, Petah Tiqva 49202, Israel.
Phone: (972-3) 925-3681
Fax: (972-3) 925-3257
email: gartyb@clalit.org.il

# Neonatal Genital Herpes Simplex Virus Type 1 Infection After Jewish Ritual Circumcision: Modern Medicine and Religious Tradition

Benjamin Gesundheit, MD*; Galia Grisaru-Soen, MD‡; David Greenberg, MD§; Osnat Levtzion-Korach, MD‖; David Malkin, MD¶; Martin Petric, PhD#; Gideon Koren, MD**; Moshe D. Tendler, PhD‡‡; Bruria Ben-Zeev, MD‡; Amir Vardi, MD‡; Ron Dagan, MD§; and Dan Engelhard, MD‖

**ABSTRACT.** *Objective.* Genital neonatal herpes simplex virus type 1 (HSV-1) infection was observed in a series of neonates after traditional Jewish ritual circumcision. The objective of this study was to describe neonate genital HSV-1 infection after ritual circumcision and investigate the association between genital HSV-1 after circumcision and the practice of the traditional circumcision.

*Methods.* Eight neonates with genital HSV-1 infection after ritual circumcision were identified.

*Results.* The average interval from circumcision to clinical manifestations was 7.25 ± 2.5 days. In all cases, the traditional circumciser (the *mohel*) had performed the ancient custom of orally suctioning the blood after cutting the foreskin (oral *metzitzah*), which is currently practiced by only a minority of *mohels*. Six infants received intravenous acyclovir therapy. Four infants had recurrent episodes of genital HSV infection, and 1 developed HSV encephalitis with neurologic sequelae. All four *mohels* tested for HSV antibodies were seropositive.

*Conclusion.* Ritual Jewish circumcision that includes metzitzah with direct oral–genital contact carries a serious risk for transmission of HSV from *mohels* to neonates, which can be complicated by protracted or severe infection. Oral *metzitzah* after ritual circumcision may be hazardous to the neonate. *Pediatrics* 2004;114:e259–e263. URL: http://www.pediatrics.org/cgi/content/full/114/2/e259; *ritual circumcision, herpes simplex infection, infection of the newborn, Jewish tradition.*

ABBREVIATIONS. HSV, herpes simplex virus.

From the *Pediatric Hematology/Oncology Unit, Soroka University Medical Center and the Faculty of Health Sciences, Ben Gurion University, Beer Sheva, Israel; ‡Safra Children's Hospital, Sheba Medical Center, Tel Aviv University, Tel Aviv, Israel; §Pediatric Infectious Disease Unit, Soroka University Medical Center and the Faculty of Health Sciences, Ben Gurion University, Beer Sheva, Israel; ‖Department of Pediatrics, Hadassah University Hospital, Ein Kerem, Jerusalem, Israel; ¶Division of Hematology and Oncology, Department of Pediatrics, Hospital for Sick Children and the University of Toronto, Toronto, Ontario, Canada; #Department of Pediatric Laboratory Medicine, Hospital for Sick Children and the University of Toronto, Toronto, Ontario, Canada; **Department of Clinical Pharmacology and Toxicology, Hospital for Sick Children and the University of Toronto, Toronto, Ontario, Canada; and ‡‡Department of Biology, Talmudic Law and Jewish Medical Ethics, Yeshiva University, New York, New York.
Received for publication Nov 20, 2003; accepted Feb 18, 2004.
Reprint requests to (R.D.) Pediatric Infectious Disease Unit, Soroka University Medical Center, Beer-Sheva, 84101, Israel. E-mail: rdagan@bgumail.bgu.ac.il
PEDIATRICS (ISSN 0031 4005). Copyright © 2004 by the American Academy of Pediatrics.

Biblical sources dictate routine ritual circumcision at 8 days of age for Jewish boys. This procedure is widely accepted, and 60% to 90% of newborn boys of the Jewish population in the United States undergo this procedure,[1,2] which also has an important cultural and historical role. The medically beneficial versus harmful consequences have long been debated.[3] Circumcision has been reported to reduce the incidence of urinary tract infections in infants,[4] young boys under the age of 2 years,[5] and preschool boys.[6] Pathologic phimosis and paraphimosis is precluded by the absence of a foreskin, and balanitis and posthitis (inflammation of the prepuce) primarily affect uncircumcised male individuals. Virtually all sexually transmitted diseases,[7] including human immunodeficiency virus infection,[6,8] are reported to be more common in uncircumcised men.

Both immediate and long-term complications of ritual circumcision are rare, probably because of the specific and meticulous precautions required by Jewish law. Only an experienced and qualified circumciser, the *mohel*, is allowed to perform circumcision. Historically, Jewish ritual circumcision consists of 3 parts: 1) the excision of the outer part of the prepuce (*milah*), 2) slitting of the foreskin's inner lining to facilitate the total uncovering of the glans (*peri'ah*), and 3) the sucking of the blood from the wound. Formerly, the *mohel* took some wine in his mouth and applied his lips to the part involved in the operation and exerted suction, after which he expelled the mixture of wine and blood into a receptacle provided for this purpose; this procedure was repeated several times until bleeding stopped (*metzitzah*). The first 2 parts are the act of circumcision, whereas the removal of the blood was done for medical reasons of wound care. However, the ancient procedure of *metzitzah* also carries a risk of infection, and currently most *mohels* use an appropriate suction device, such as a mucus extractor.

The incidence of neonatal herpes simplex virus (HSV) infections ranges from 1 to 6 per 20 000 live births. Most neonatal HSV infections result from exposure to infectious maternal genital secretions at delivery. Postnatal transmission usually results from nongenital infection of a caregiver, including parent or nursery personnel with oral lesions.[9] Nosocomial transmission in nurseries has been documented.[9] We present 8 infants who developed neonatal HSV-1

infection cision, most probably as a consequence of transmission by the *mohel*'s saliva.

## METHODS

Neonates who developed genital HSV-1 infection after circumcision from the following medical centers were evaluated: Soroka University Medical Center (Beer Sheva, Israel); Safra Children's Hospital, Sheba Medical Center (Tel Aviv, Israel); Hadassah Hospitals at Mt. Scopus and Ein Kerem (Jerusalem, Israel); and the Hospital for Sick Children (Toronto, Ontario, Canada). There is no official registry in the United States or in Israel to document the incidence of medical complications after ritual circumcision. The percentage of *metzitzah* performed by oral versus instrumental suction could not be evaluated statistically. The 8 cases were collected from personal communication and the experience of the authors from 1997 to 2003. Clinical data from all patients were collected, and follow-up was conducted during hospitalization and after the discharge of the infants from the hospital.

Identification of herpesvirus from lesions was performed by microscopic examination of Tzanck preparations and electron microscopy of specimens directly from the lesions. The virus was determined to be HSV-1 by immunofluorescence microscopy, isolation in cell culture, or polymerase chain reaction. HSV serostatus and seroconversion were determined by complement fixation or enzyme immunoassays. In all cases, the details of the circumcision procedures were reviewed. When possible, the *mohel* was tested for virus shedding in saliva and for HSV serostatus. Tests were performed separately in the diagnostic virology laboratory routinely used by each hospital.

## RESULTS

Eight neonates with documented genital HSV-1 infections were identified (Table 1). In all cases, the *mohel* had performed the ancient custom of oral *metzitzah*. On 2 occasions, the same *mohel* performed the circumcision in 2 different infants: patients 1 and 4 (an interval of 5 years) and patients 7 and 8 (an interval of 5 weeks).

The mean birth weight was 3220 g (standard deviation: ±696). The circumcision of patient 1 was delayed because he was born prematurely, and the circumcision of patient 3 was delayed because of suspected sepsis. All other infants were circumcised on day 8 of life. The mean interval from circumcision to HSV clinical infection was 7.25 ± 2.5 days. On admission, all infants were reported to have poor appetite. Mean temperature was 37.8 ± 0.8°C. Vesicular rash over the scrotum and penis was noted in all patients (Fig 1). In 5 patients, Tzanck preparation was performed and showed cellular changes consistent with herpesvirus; in 1 case, herpes group virus was detected by negative contrast electron microscopy. HSV was isolated from all patients. None of the mothers had clinical evidence of oral or vaginal herpes. Most infants and their mothers were seronegative for HSV; only patient 7 and his mother were seropositive with a titer of 1:16. In patient 7, a cerebrospinal fluid sample was positive for HSV-1 by polymerase chain reaction, consistent with the clinical course and radiologic diagnosis of HSV encephalitis.

Six infants were admitted to the hospital and received intravenous acyclovir therapy. Four infants had recurrent episodes of genital herpes, and 1 infant presented with severe encephalitis followed by long-term neurologic sequelae, including seizures. Only four *mohels* could be tested, and they were found to be culture obtained from *mohels* all were negative for HSV.

## DISCUSSION

In the 8 infants presented here, the association between genital HSV-1 infection and the performance of the ancient procedure of oral *metzitzah* during the circumcision is strongly suggested on the basis of the following criteria: exclusive genital distribution of the lesions, timing of their appearance (4–11 days after circumcision), isolation of HSV-1, absence of HSV exposure in mothers (based on both clinical observation and negative serology in most of the mothers), and absence of clinical signs and symptoms consistent with HSV infections among family members. Furthermore, although the oral *metzitzah* is performed by only a minority of *mohels*, all infants described here underwent this procedure.

On 2 occasions, patients 1 and 4 and patients 7 and 8, the circumcision was performed in different infants by the same *mohel*. On 1 occasion, the interval between the 2 cases was 5 weeks; in the other, 5 years. In previous reports, HSV-1 genital infection occurred in 2 infants who were circumcised by the same *mohel* 10 years apart.[10,11] Because HSV-1 can be secreted intermittently in saliva for several days to weeks, it is likely that other infants were infected. We suspect, therefore, that this entity is underreported for cultural reasons and that the studies described here are only the "tip of the iceberg" of the true incidence of the disease.

Because in every case the *mohel* had removed the blood by mouth after cutting the foreskin, it was most likely that the infection was transmitted directly from this oral or salivary contact. All of the *mohels* who consented to be tested were seropositive. The likelihood of other sources for an HSV-1 infection in the area of the glans penis in the region of the wound of the circumcision is minimal.[12] Because shedding of HSV-1 in the saliva of both symptomatic and asymptomatic individuals has been documented repeatedly, the act of *metzitzah* represents a potential source of orogenital transmission to the nonimmune infant whose skin integrity was disrupted by circumcision, especially if the infant is seronegative for HSV.

The genital infection in 7 patients remained localized, but patient 7 developed HSV encephalitis followed by long-term brain damage manifested by seizures and infantile spasms. Four infants experienced recurrent episodes of genital herpes simplex and received long-term prophylaxis with oral acyclovir.

In the past, reports of HSV genital infections after circumcision have been relatively rare, not withstanding the high frequency of active herpes labialis among the population, which would include the *mohels*.[10] This may be accounted for in part by the observation that all but 1 of these cases were seronegative for antibody to HSV, which suggests that seropositive infants might be protected to some degree. Likewise, the practice of oral *metzitzah* is limited to only a small subset of ritual circumcisions. There is, however, the possibility that some previous

TABLE 1. Clinical and Laboratory Findings of 8 Neonates With Genital HSV-1 Infection After Ritual Circumcision Followed by Oral *Metzitzah*

| Year | Patient | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1997 | 1994 | 2000 | 2002 | 2001 | 1999 | 2002 | 2001 |
| Admitting hospital | Hadassah Mt. Scopus Jerusalem, Israel | Hospital for Sick Children, Toronto, Canada | Hadassah Ein Karem, Jerusalem, Israel | | Soroka University Medical Center, Beer Sheva, Israel | | Sheba Medical Center, Tel Aviv, Israel | |
| Birth weight (gestational age) | 1880 g (35 wk) | 3980 g (41 wk) | 3170 g (40 wk) | 3475 g (40 wk) | 3200 g (40 wk) | 4100 g (42 wk) | 3155 g (40 wk) | 2800 g (40 wk) |
| Age (d) at circumcision | 31 | 8 | 16 | 8 | 8 | 8 | 8 | 8 |
| Days from circumcision at presentation | 4 | 9 | 4 | 9 | 6 | 11 | 8 | 7 |
| Temperature | 38.0°C | 38.1°C | 38.2°C | 38.5°C | 36.1°C | 37.0°C | 38.0°C | 38.4°C |
| Serology of mother (infant) | Negative (negative) | Negative (negative) | Negative (negative) | Negative (negative) | Negative (negative) | Negative (negative) | Positive 1:16 (positive 1:16) | Negative (negative) |
| Serology *mohel* | N/A† | Positive (>1:64) | N/A | N/A† | N/A | Positive | Positive (1:64)* | Positive (1.64)* |
| Initial treatment (acyclovir in mg/kg/day) | IV acyclovir × 8 d | IV acyclovir × 26 d × 10 d | IV acyclovir × 10 d + PO acyclovir × 14 d | IV acyclovir × 8 d + PO acyclovir × 2 d | No treatment | No treatment | IV acyclovir × 21 d | IV acyclovir × 14 d |
| Course and treatment | 4 recurrences over 8 mo; treated with PO acyclovir × 4 d | Discharged after 26 d IV acyclovir, no neurologic deficit; treated with local acyclovir ointment | 5 episodes over 20 mo, treated with local acyclovir ointment | 3 episodes over 7 mo, treated with local acyclovir ointment | Spontaneous recovery | Spontaneous recovery | 4 d in intensive care unit as a result of seizures (same dosage of acyclovir) | 5 more episodes over 11 mo with positive HSV cultures from lesions; treated with PO-acyclovir × 7–14 d |
| Long-term outcome | Prophylactic treatment with acyclovir for 1 y, normal development | N/A | Delayed psychomotor development | N/A | >2 mo N/A | > 3 mo N/A | Infantile spasm, hipsarrythmia | Prophylactic treatment with acyclovir, normal development |

IV indicates intravenous; PO, oral; N/A, not available.
* Same *mohel* for patients 7 and 8 with an interval of ± 5 weeks.
† Same *mohel* for patients 1 and 4 with an interval of 5 years.



**Fig 1.** Genital HSV-1 infection after ritual circumcision (from patient 6).

cases were not reported for cultural reasons. To clarify this statement, the cultural background requires elaboration.

According to Biblical law, a male infant should be circumcised at the age of 8 days as a sign of the eternal covenant between God and the Jewish people (Genesis 17:10–14; Leviticus 12:3). According to classical rabbinical interpretation, performance of this religious ritual offers medical advantages, a view upheld by many modern medical authorities, as noted earlier. The Babylonian Talmud (Sabbath 133b), the main rabbinical literature completed in the fifth century of the common era, states that for the sake of the infant, the *mohel* is obliged to perform the *metzitzah*" so as not to bring on risk." The nature of the risk was not specified. It specifically states that "this procedure is performed for the sake of the infant's safety and if a *mohel* does not perform the suction [of the wound], this is deemed dangerous and he is to be dismissed." To prevent medical complications, the Talmud permits only an experienced and responsible *mohel* to perform the ritual circumcision. The Talmud (Tossefta Shabbath 15:8) was aware of potential medical problems that could arise from ritual circumcision[13] and in fact provided the first description of hemophilia in the history of medicine, manifested as a familial bleeding disorder that required circumcision to be postponed.[14]

In the 19th century, Ignaz Philipp Semmelweis (1818–1865) established the principles of hygiene and disease transmission,[15] after neonatal tuberculosis was documented after circumcision by an infected *mohel*.[16] Since then, most rabbinical authorities modified their approach in response to these findings. Because the Talmudic injunction to perform *metzitzah* did not explicitly stipulate oral suction, >160 years ago, Rabbi Moses Schreiber (Pressburg, 1762–1839), a leading rabbinical authority, ruled that *metzitzah* could be conducted by instrumental suction,[16] a ruling quickly adopted by most rabbinical authorities.[17] Consequently, the great majority of ritual circumcisions are performed today with a sterile device and not by oral suction by the *mohel*. However, some orthodox rabbis have felt threatened by criticism of the old religious customs and strongly resist any change in the traditional custom of oral *metzitzah*. The cultural process of replacing ancient customs by modern wound care has to be encouraged by a heightened awareness of this potentially life-threatening medical complication.[16]

On the basis of our observations, the medicolegal impact of neonatal infection by the *mohel* has to be redefined. Our findings provide evidence that ritual Jewish circumcision with oral *metzitzah* may cause oral–genital transmission of HSV infection, resulting in clinical disease including involvement of the skin, mucous membranes, and HSV encephalitis. Furthermore, oral suction may not only endanger the child but also may expose the *mohel* to human immunodeficiency virus or hepatitis B from infected infants. The same consideration that led the Talmudic sages once to establish the custom of the *metzitzah* for the sake of the infant could now be applied to persuade the *mohel* to use instrumental suction.

Indeed, after our first cases, the Chief Rabbinate of Israel pronounced in 2002 the legitimacy of using instrumental suction in cases in which there is a risk of contagious disease. We support ritual circumcision but without oral *metzitzah*, which might endanger the newborns and is not part of the religious procedure.

### ACKNOWLEDGMENTS

Dina Averbuch, MD, diagnosed and treated patient 4.

### REFERENCES

1. Poland RL. The question of routine neonatal circumcision. *N Engl J Med.* 1990;322:1312–1315
2. Wiswell TE. Circumcision circumspection. *N Engl J Med.* 1997;336:1244–1245
3. Wallerstein E. Circumcision. The uniquely American medical enigma. *Urol Clin North Am.* 1985;12:123–132
4. Linshaw MA. Controversies in childhood urinary tract infections. *World J Urol.* 1999;17:383–395
5. Roberts KB, Akintemi OB. The epidemiology and clinical presentation of urinary tract infections in children younger than 2 years of age. *Pediatr Ann.* 1999;28:644–649
6. Moses S, Plummer FA, Bradley JE, Ndinya-Achola JO, Nagelkerke NJ, Ronald AR. The association between lack of male circumcision and risk for HIV infection: a review of the epidemiological data. *Sex Transm Dis.* 1994;21:201–210
7. Cook LS, Koutsky LA, Holmes KK. Circumcision and sexually transmitted diseases. *Am J Public Health.* 1994;84:197–201

8. Halperin DT, Bailey RC. Male circumcision and HIV infection: 10 years and counting. *Lancet*. 1999;354:1813–1815
9. Hammerberg O, Watts J, Chernesky M, Luchsinger I, Rawls W. An outbreak of herpes simplex virus type 1 in an intensive care nursery. *Pediatr Infect Dis J*. 1983;2:290–294
10. Rubin LG, Lanzkowsky P. Cutaneous neonatal herpes simplex infection associated with ritual circumcision. *Pediatr Infect Dis J*. 2000;19:266–268
11. Distel R, Hofer V, Bogger-Goren S, Shalit I, Garty BZ. Primary genital herpes simplex infection associated with Jewish ritual circumcision. *Isr Med Assoc J*. 2003;5:893–894
12. Libman MD, Dascal A, Kramer MS, Mendelson J. Strategies for the prevention of neonatal infection with herpes simplex virus: a decision analysis. *Rev Infect Dis*. 1991;13:1093–1104
13. Preuss J. *Julius Preuss' Biblical and Talmudic Medicine*. Rosner F, trans-ed. New York, NY: Ktav Publishers; 1971
14. Rosner F. Hemophilia in the Talmud and rabbinic writings. *Ann Intern Med*. 1969;70:833–837
15. Semmelweis I, Carter K. The etiology, concept, and prophylaxis of childbed fever. In: *Wisconsin Publications in the History of Science and Medicine No. 2*. Madison, WI: University of Wisconsin Press; 1983:263
16. Katz J. Controversy over the Mezizah, the unrestricted execution of the rite of circumcision. In: *Law in Human Hands—Case Studies in Halakhic Flexibility*. Jerusalem, Israel: Magnes Press, Hebrew University; 1998:357–402
17. Shields Y. The making of Metzitzah. *Tradition*. 1972;13:36–48

Case 1:12-cv-07590-NRB   Document 33-6   Filed 11/15/12   Page 13 of 13