IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTRAL RABBINICAL CONGRESS OF THE USA & CANADA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, *et al.*,<br><br>*Defendants*. | Case No. 12-Civ-7590<br><br>Judge Naomi Reice Buchwald<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of the Central Rabbinical Congress of the United States and Canada, the Agudath Israel of America, the International Bris Association, Rabbi Samuel Blum, Rabbi Aharon Leiman, and Rabbi Shloime Eichenstein.

I certify that I am admitted to practice in this Court.


Date:   November 16, 2012            /s/ Robert Simins

Robert Simins, Bar No. RS-3327
20 Zabriskie Terrace,
Monsey, NY 10952
Phone: 845-425-3513
Fax: 845-578-6523
Email: robert.simins@gmail.com