UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CENTRAL RABBINICAL CONGRESS OF
THE USA & CANADA, AGUDATH ISRAEL
OF AMERICA, INTERNATIONAL BRIS
ASSOCIATION, RABBI SAMUEL BLUM,
RABBI AHARON LEIMAN, and RABBI
SHLOIME EICHENSTEIN,

          Plaintiffs,

  -against-                        No. 1:12-CV-07590-NRB

NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE, NEW
YORK CITY BOARD OF HEALTH, and DR.
THOMAS FARLEY in his official capacity as
Commissioner of the New York City
Department of Health and Mental Hygiene,

          Defendants.

------------------------------------------------------------x

## NOTICE OF APPEARANCE ON BEHALF OF *AMICI CURIAE*

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel for *amici curiae* the American Academy of Pediatrics, the Infectious Diseases Society of America, the Pediatric Infectious Diseases Society, and the American Sexually Transmitted Diseases Association, and requests to receive electronic notice of all docket events on behalf of the aforementioned *amici curiae* via the Electronic Case Filing system. The undersigned is a member of this Court in good standing.

Dated: New York, New York
November 26, 2012

                GIBSON, DUNN & CRUTCHER LLP

By: _____
      Akiva Shapiro (AS-1907)

      200 Park Avenue
      New York, NY  10166-0193
      Telephone: 212.351.3830
      Facsimile: 212.351.6340

*Attorneys for* Amici Curiae