IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTRAL RABBINICAL CONGRESS OF THE USA & CANADA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW YORK CITY DEPARTMENT OF HEALTH & MENTAL HYGIENE, *et al.*,<br><br>Defendants. | Case No. 12-Civ.-7590<br><br>Judge Naomi Reice Buchwald |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above-referenced case (namely, the Central Rabbinical Congress of the United States and Canada, Agudath Israel of America, International Bris Association, Rabbi Samuel Blum, Rabbi Aharon Leiman, and Rabbi Shloime Eichenstein) hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's order denying plaintiffs' motion for a preliminary injunction, entered on January 10, 2013.

Dated: January 11, 2013

By: /s/ Shay Dvoretzky
Shay Dvoretzky*
Michael A. Carvin*
Yaakov Roth*
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939

Todd R. Geremia
JONES DAY
222 East 41st Street
New York, NY 10017
Phone: (212) 326-3939

*Attorneys for Plaintiffs*
*admitted *pro hac vice*