```
                                                            S.D.N.Y.–N.Y.C.
                                                                 12-cv-7590
                                                                Buchwald, J.
```

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of February, two thousand thirteen.

Present:
>   Ralph K. Winter,
>   Denny Chin,
>   Christopher F. Droney,
>       *Circuit Judges.*

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** February 21, 2013

Central Rabbinical Congress of the USA & Canada,
*et al.*,

>                   *Plaintiffs-Appellants*,

>       v.                                                              13-107

New York City Department of Health & Mental Hygiene,
*et al.*,

>                   *Defendants-Appellees*.

Appellants, through counsel, move for an emergency injunction pending their appeal from the district court's order denying their motion for a preliminary injunction enjoining the Appellees from enforcing section 181.21 of the New York City Health Code. Upon due consideration, it is hereby ORDERED that the motion is DENIED for failure to meet the requisite standards. *See LaRouche v. Kezer*, 20 F.3d 68, 72 (2d Cir. 1994).

>                                   FOR THE COURT:
>                                   Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/21/2013